IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

PATRICK BROWN and LEA BROWN,                     Civil File No. 2:11-cv-02317

        Plaintiff,
vs.                                              STIPULATION OF DISMISSAL
                                                                                     WITH PREJUDICE

COLLECTIONS ACQUISITIONS COMPANY, LLC,
d/b/a Payliance,

        Defendant.

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Patrick Brown and Lea Brown, and the defendant, Collection Acquisitions Company, LLC, d/b/a Payliance hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                   Respectfully submitted,

Dated: <u>January 19, 2012</u>                By <u>/s/J. Mark Meinhardt</u>
                                                                   J. Mark Meinhardt #20245
                                                                   4707 College Boulevard, Suite 100
                                                                   Leawood, KS 66211
                                                                   (913) 451-9797
                                                                   (913) 451-6163 (fax)
                                                                   meinhardtlaw@sbcglobal.net
                                                                   ATTORNEY FOR PLAINTIFF

Dated: <u>January 19, 2012</u>                By <u>/s/Joshua C. Dickinson</u>
                                                                   Joshua C. Dickinson #20632
                                                                   Spencer Fane Britt & Browne LLP.
                                                                   1000 Walnut, Suite 1400
                                                                   Kansas City, MO 64106
                                                                   (816) 474-8100
                                                                   (816) 474-3216 (fax)
                                                                   jdickinson@spencerfane.com
                                                                   ATTORNEY FOR DEFENDANT